**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. _____

**CHIQUES TORRES, JOSE MANUEL**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **10/15/2010**               ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION            Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **325.00** x **32** = $ **10,400.00**
$ **575.00** x **28** = $ **16,100.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **26,500.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **26,500.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,670.00**

Signed: **/s/ JOSE MANUEL CHIQUES TORRES**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ASOC. RESIDENTES** Cr. **BANCO POPULAR D** Cr. _____
# **D-20**               # **0753**                # _____
$ **2,248.01**           $ **8,800.00**            $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**             Cr. _____              Cr. _____
# **7588**               # _____                # _____
$ **614.00**             $ _____                $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____              Cr. _____              Cr. _____
# _____                # _____                # _____
$ _____                $ _____                $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____              Cr. _____              Cr. _____
# _____                # _____                # _____
$ _____                $ _____                $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE CHIQUES TORRES, JOSE MANUEL                     Case No. _____
                          Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **POPULAR AUTO** |  |  |

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE CHIQUES TORRES, JOSE MANUEL   Case No. _____
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 2 of 2**

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.**

**FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).**

**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT THE COURT FOR SUCH PURPOSE.**

**DEBTOR ASSUME LEASE AGREEMENT WITH POPULAR AUTO.**

**TRUSTEE PAY PRE PETITION ARREARS TO POPULAR AUTO IN THE AMOUNT OF $6,600.00**

**POPULAR AUTO: PO BOX 362708 SAN JUAN PR 00936-2708**